IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IVORY MILLER<br>    TDCJ-CID #618893 | §<br>§<br>§ | |
| VS. | § | C.A. NO. C-06-195 |
| | § | |
| TEXAS BD. OF PARDONS & PAROLES | § | |

## FINAL JUDGMENT

Pursuant to the Opinion and Order of Dismissal, final judgment is entered dismissing this action for failure to state a claim under 42 U.S.C. § 1983.  Plaintiff's habeas corpus claims are dismissed without prejudice.

ORDERED this 8th day of August, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE